JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIA DILWORTH, ALEJANDRO CABALLERO, ALEX CABALLERO, and NOURA MAJOR, as aggrieved employees on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>WESTERN REFINING RETAIL, LLC, a Delaware limited liability company; HONG HOLDINGS, LLC, a California limited liability company; and DOES 1-50, inclusive,<br><br>*Defendants*. | Case No.: 2:18-cv-05768-VAP-SK<br><br>**ORDER ON VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41**<br><br>Hon. Virginia A. Phillips<br>U.S. District Court Judge<br>Courtroom 780 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having been stipulated and agreed upon by and between all parties and their respective counsel, and pursuant to Federal Rules of Civil Procedure 41, the above-referenced lawsuit against Defendants WESTERN REFINING RETAIL, LLC and HONG HOLDINGS, LLC (collectively, "Defendants") is voluntarily dismissed in its entirety WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: December 16, 2020

_____
The Honorable Virginia A. Phillips
United States District Judge